# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RONEY HARRIS,                         )
               Appellant            )
                         )

           v.                         )     CIVIL ACTION NO. 3:09-30215 -MAP
                         )

HSBC BANK USA, N.A.,                  )
as Trustee,                           )
               Appellee             )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the appellant Roney Harris, pursuant to this court's memorandum and order entered this date, reversing and remanding the November 3, 2009 decision of the bankruptcy court for further proceedings.


                                 **SARAH A. THORNTON**,
                                 CLERK OF COURT

Dated:  September 28, 2010      By /s/ *Maurice G. Lindsay*

                                 Maurice G. Lindsay
                                 Deputy Clerk